**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tariq Rafati,<br><br>          Petitioner,<br>vs.<br><br>Phillip Crawford,<br><br>          Respondent. | No. CV-07-0705-PHX-PGR (ECV)<br><br>ORDER |

Pending before the Court is the Report and Recommendation of Magistrate Judge Voss, wherein he recommends that the petitioner's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, be dismissed as moot because the relief sought by the petitioner, which was his release from immigration detention, was effected when the United States released the petitioner from custody through an Order of Supervision on May 21, 2007. No party has filed any objection to the Report and Recommendation. Therefore,

IT IS ORDERED that the Magistrate Judge's Report and Recommendation (doc. #10) is accepted and adopted by the Court.

IT IS FURTHER ORDERED that the petitioner's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241, is denied and that this action is

/ / /

dismissed without prejudice.  The Clerk of the Court shall enter judgment accordingly.

DATED this 11th day of October, 2007.

Paul G. Rosenblatt
United States District Judge